# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-09-6919-R                          **DATE:** OCTOBER 28, 2009

**TITLE:** AMIYA K. GOSWAMI -V- CAROL F. STEIN et al

================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                         <u>   N/A   </u>
Deputy Clerk                                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                     Not present

**PROCEEDINGS:**   ORDER TO SHOW CAUSE TO DISMISS FOR LACK OF JURISDICTION

THIS MATTER IS SET ON CALENDAR FOR HEARING ON NOV. 16, 2009 AT 10:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF FEDERAL JURISDICTION.

PRESENCE OF COUNSEL / PRO SE LITIGANT AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN AUTOMATIC DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                            Initials of Deputy Clerk __WH____
**CIVIL - GEN**                       D-M