1  Jeffrey D. Wexler, State Bar No. 132256
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  601 South Figueroa, Suite 3900
   Los Angeles, California 90017
3  Tel.: (213) 892-4992 / Fax: (213) 892-7731
   jwexler@luce.com
4
   Andrew M. Wallet, State Bar No. SBN 93043
5  HINOJOSA & WALLET
   2215 Colby Avenue
6  Los Angeles, California 90064
   Tel: (310) 473-7000 / Fax: (310) 473-1730
7  awallet@handwlaw.com

8  Attorneys for Defendants
   Carol F. Stein, Alice Ullman, Selma Seps,
9  Ullman, Seps & Stein, Ltd.,
   f/k/a Borstein Partners, Ltd., and
10 Ullman, Seps & Stein Management, LLC,
   f/k/a Borstein Management, LLC
11

JS-6

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15 | AMIYA K. GOSWAMI,                    | Case No. CV 09-6919 R (PJWx)

16 |              Plaintiff,              | **ORDER DISMISSING COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [Fed. R. Civ. P. 12(b)(1)]**

17 |       vs.

18 | CAROL F. STEIN; ALICE ULLMAN;        | Date:  November 16, 2009
   | JAMES FULLER; SELMA SEPS;            | Time: 10:00 a.m.
19 | BORSTEIN PARTNERS, LTD.;             | Place: Courtroom 8
   | BORSTEIN MANAGEMENT LLC;
20 | NEIL J. BELLER; MARK R.
   | DENTON; ULLMAN, SEPS &
21 | STEIN, LTD.; ULLMAN, SEPS &
   | STEIN MANAGEMENT, LLC; DOES
22 | 1-10,

23 |              Defendants.

24

25

26

27

28

1         After consideration of the papers in support of and in opposition to the motion

2    of defendants Carol F. Stein, Alice Ullman, Selma Seps, Ullman, Seps & Stein, Ltd.,

3    f/k/a Borstein Partners, Ltd., and Ullman, Seps & Stein Management, LLC, f/k/a

4    Borstein Management, LLC (collectively, the "Moving Defendants") to dismiss the

5    Complaint filed against them by plaintiff Amiya K. Goswami ("Goswami"), and

6    after consideration of the oral argument of Goswami and counsel with regard to the

7    Moving Defendants' motion and the Court's October 28, 2009 Order to Show Cause

8    to Dismiss for Lack of Jurisdiction,

9         IT IS ORDERED that Goswami's Complaint is dismissed with prejudice as to

10   all defendants based upon lack of subject matter jurisdiction pursuant to Fed. R. Civ.

11   P. 12(b)(1).  The Complaint constitutes a *de facto* appeal of matters already decided

12   by state courts in California and Nevada.  Under the *Rooker-Feldman* doctrine, the

13   Court lacks jurisdiction to review such matters.  *See Carmona v. Carmona*, 544 F.3d

14   988, 995 (9th Cir. 2008) (the *Rooker-Feldman* doctrine "stands for the relatively

15   straightforward principle that federal district courts do not have jurisdiction to hear

16   de facto appeals from state court judgments") (citing *Rooker v. Fidelity Trust Co.*,

17   263 U.S. 413 (1923), and *District of Columbia Court of Appeals v. Feldman*, 460

18   U.S. 462 (1983)).  It is further ORDERED that all other pending motions to dismiss

19   by various defendants are hereby taken off calendar as moot.

20

21   DATED:  November 17, 2009

22

23        _____
     The Honorable Manuel L. Real,
     United States District Judge

24

25

26

27

28

1  Submitted by:

2  LUCE, FORWARD, HAMILTON &
     SCRIPPS LLP

3
   HINOJOSA & WALLET

4

5        /s/ Jeffrey D. Wexler
   Jeffrey D. Wexler

6  Attorneys for Defendants Carol F. Stein,
   Alice Ullman, Selma Seps, Ullman,

7  Seps & Stein, Ltd., f/k/a Borstein
   Partners, Ltd., and Ullman, Seps

8  & Stein Management, LLC,
   f/k/a Borstein Management, LLC

9

10 201042932.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                    2